**Steve Carl CHADWICK–EL, Plaintiff–Appellant,**

v.

**Roger W. TITUS, U.S. District Court Judge, MD, Defendant–Appellee.**

**No. 10–6121.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2010.

Decided: June 30, 2010.

Steve Carl Chadwick–El, Appellant Pro Se.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Carl Chadwick–El appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Chadwick–El v. Titus,* No. 1:09–cv–02662–RDB (D.Md. filed Nov. 4, 2009; entered Nov. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*